# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION AT MEMPHIS

---

**MISHUNA MOORE, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**VS.**

**MEDICAL FINANCIAL SERVICES, INC.,**

**Defendant.**

Case No. 2:20-cv-02443-MSN-cgc

---

## JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT AND RELEASE

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff, Mishuna Moore ("Plaintiff"), individually, and as representative of the class of persons defined below, on consent of Defendant, Medical Financial Services, Inc. (collectively "MFSI"), will move this Honorable Court, on November 19, 2021, for an Order certifying this case to proceed as a class action and granting final approval of the Parties' class settlement agreement. Specifically, the Parties will jointly move this Court pursuant to Fed. R. Civ. P. 23, for an Order certifying this case to proceed as a class action, and granting final approval of the settlement, on behalf of the following class:

> All individuals in the United States to whom, during the Class Period, Defendant sent an initial collection letter attempting to collect a consumer debt, where the letter stated "Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office within 30 days from receiving this notice that you dispute the validity of this debt this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor."

In support of this motion, the Parties rely on the attached memorandum of law and declarations in support.

Respectfully submitted,

Dated: November 16, 2021

*s/ Ari Marcus*

Ari H. Marcus, Esq. [pro hac vice]
(NJ #029662010)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:   (732) 298-6256
E-Mail: Ari@MarcusZelman.com
*Attorneys for Plaintiff*


*/s/ Manuel H. Newburger*

Manuel H. Newburger (Texas Bar
#14946500) [Admitted to USDC, WD TN
9/11/2008]
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Telephone: (512) 649-4022
Facsimile: (512) 279-0310
mnewburger@bn-lawyers.com

Louis Jay Miller (TN #5418)
Mendelson Law Firm
Post Office Box 17235
Memphis, Tennessee 38187
Telephone: 901-763-2500
Facsimile: 901-763-2525
jmiller@mendelsonfirm.com
ATTORNEYS FOR DEFENDANT