IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

MISHUNA MOORE,

    Plaintiff,

v.                                            Case No. 2: 20-cv-02443-MSN-cgc
                                               JURY DEMANDED

MEDICAL FINANCIAL SERVICES, INC.,

    Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed June 23, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendations, entered January 19, 2022, (ECF No. 49), certifying class for final approval, approving the parties' settlement, granting reasonable attorneys' fees, and appointing a new administrator, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. This Court reserves exclusive and continuing jurisdiction and venue in the consummation, implementation, enforcement, construction, interpretation, performance, and administration of the parties' settlement.

APPROVED:  *s/ Mark S. Norris*
                MARK S. NORRIS
                UNITED STATES DISTRICT JUDGE

DATE:      January 19, 2022